■ DONNA L. GIBBONS, Appellant, v JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent. (Appeal No. 1.) [643 NYS2d 462] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *see also*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.—Summary Judgment.) Present— Pine, J. P., Fallon, Callahan, Doerr and Davis, JJ.